IBSEN BROTHERS, INC. *v.* DAVID C. GOLDMAN ET AL.
(12431)

DUPONT, C. J., FOTI and HEIMAN, Js.

Argued March 29—decision released April 19, 1994

*Gordon R. Raynor,* for the appellant (plaintiff).

*David R. Schaefer,* with whom, on the brief, was *Marie A. Casper,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.

SAMUEL R. RUSSO *v.* AETNA CASUALTY
AND SURETY COMPANY
(12733)

HEIMAN, FREEDMAN and CRETELLA, Js.

Argued March 30—decision released April 19, 1994

*Allen A. Currier,* for the appellant (plaintiff).

*Peter J. Dauk,* with whom was *Lawrence F. Reilly,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.